IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY O'KEEFE, | ) | No. C 12-0902 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| UNKNOWN, | ) | |
| Defendant. | ) | |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 4/9/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

P:\pro-se\sj.lhk\cr.11\Broussard637jud